# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:   ALBERTHA SPIVEY                                    Case Number: 05-71380
         1924 MONTAGUE STREET
         ROCKFORD, IL  61102                SSN-xxx-xx-9462

                                                  Case filed on:       3/24/2005
                                                  Plan Confirmed on:   5/13/2005

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $4,760.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 164.00 | 164.00 | 164.00 | 0.00 |
|  | Total Administration | 164.00 | 164.00 | 164.00 | 0.00 |
| 000 | BALSLEY & DAHLBERG LLP | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
|  | Total Legal | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
| 999 | ALBERTHA SPIVEY | 0.00 | 0.00 | 80.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 80.00 | 0.00 |
| 001 | CITIFINANCIAL MORTGAGE COMPANY | 2,263.00 | 1,000.00 | 1,000.00 | 0.00 |
|  | Total Secured | 2,263.00 | 1,000.00 | 1,000.00 | 0.00 |
| 002 | ABC CASH'N GO INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | ADVANCE AMERICA | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | ASTA FUNDING ACQUISITION | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | CHICAGO TRIBUNE | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | WOLPOFF & ABRAMSON, L.L.P. | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | ER SOLUTIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | FIRST CREDIT SOLUTIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | HOME DEPOT | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | MUTUAL MANAGEMENT SERVICES | 386.08 | 386.08 | 61.17 | 0.00 |
| 011 | PLAZA ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | PROFESSIONAL BUREAU OF COLLECTIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | ROCKFORD MERCANTILE AGENCY INC | 6,020.87 | 6,020.87 | 954.01 | 0.00 |
| 014 | S & S RECOVERY, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | WELLS FARGO FINANCIAL ILLINOIS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | WORLD FINANCIAL NETWORK | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | WILLIAM SPIVEY | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | SMC | 465.87 | 465.87 | 73.82 | 0.00 |
| 019 | RESURGENT CAPITAL SERVICES | 5,785.75 | 5,785.75 | 916.76 | 0.00 |
| 020 | SWEDISH AMERICAN HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | MUTUAL MANAGEMENT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | MUTUAL MANAGEMENT SERVICES | 106.93 | 106.93 | 16.95 | 0.00 |
|  | Total Unsecured | 12,765.50 | 12,765.50 | 2,022.71 | 0.00 |
|  | Grand Total: | 16,392.50 | 15,129.50 | 4,466.71 | 0.00 |

Total Paid Claimant:      $4,466.71
Trustee Allowance:        $293.29           Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:   15.85             discharging the trustee and the trustee's surety from any and all
                                            liablility on account of the within proceedings, and closing the estate,
                                            and for such other relief as is just.  Pursuant to FRBP, I hereby
                                            certify that the subject case has been fully administered.

Report Dated:

                                                   /s/ Lydia S. Meyer
                                                  Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 07/30/2008           By  /s/Heather M. Fagan